UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
January 27, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>         Plaintiff,             )<br>v.                              )<br>                                )<br>ANTHONY G. SMERNES,             )<br>                                )<br>         Defendant.             ) | Case No. 2:09MJ00028-GGH-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   ANTHONY G. SMERNES  , Case No. 2:09MJ00028-GGH-1  , Charge   21USC § 841(a)(1), 18USC § 924(c)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ 150,000.00

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        ✔   (Other)      The defendant shall not use a controlled substance.

-

Issued at  Sacramento, CA  on  January 27, 2009  at  2:38 pm  .

By  ` /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court