```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Mag. No. 09-mj-00028 GGH
                                 )
12            Plaintiff,         )   STIPULATION AND ORDER
                                 )   CONTINUING PRELIMINARY HEARING
13       v.                      )   AND EXCLUDING TIME
                                 )
14  ANTHONY SMERNES,             )
                                 )
15            Defendant.         )
    _____)
16
```

17      IT IS HEREBY STIPULATED by and between Assistant United States
18 Attorney Jason Hitt, counsel for the plaintiff United States of
19 America, and defendant Anthony SMERNES, by and through his counsel
20 Donald Dorfman, Esq., that good cause exists to extend the
21 preliminary hearing currently set for May 27, 2009, at 2:00 p.m. to
22 July 27, 2009, pursuant to Federal Rule of Criminal Procedure
23 5.1(d).

24      Good cause exists to extend the time for the preliminary
25 hearing within meaning of Rule 5.1(d) because discovery has been
26 provided to the defense and the parties are engaged in talks
27 regarding a pre-indictment resolution of the case against the
28 defendant. As a result, the defendant agrees that a continuance of

1

1 the preliminary hearing date will not prejudice him because a pre-
2 indictment resolution could result in an overall sentencing exposure
3 that is significantly reduced for the defendant.  The defendant is
4 out of custody.
5     Counsel further stipulate that an exclusion of time from May
6 27, 2009, to July 27, 2009, is appropriate under the Speedy Trial
7 Act because the government has provided discovery and has agreed to
8 draft a plea agreement for the defendant.  As a result, counsel for
9 both parties believe time should be excluded under Local Code T4 to
10 allow reasonable time to prepare defense of the case.  18 U.S.C.
11 § 3161(h)(8)(B)(iv); Local Code T4.

```
DATED: May 27, 2009        /s/Jason Hitt
                           JASON HITT
                           Assistant U.S. Attorney

DATED: May 27, 2009        /s/Jason Hitt
                           DONALD DORFMAN, ESQ.
                           Counsel for defendant Anthony
                           SMERNES
                           Authorized to sign for
                           Mr. Dorfman on 05-27-09
```

1 | Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for May 27, 2009, to July 27, 2009, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through July 27, 2009. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

**IT IS SO ORDERED.**

DATED: May 28, 2009

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

smernes.eot