```
LAWRENCE G. BROWN
Acting United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 09-mj-00028 GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING PRELIMINARY HEARING |
| v. ) | AND EXCLUDING TIME |
| ) | |
| ANTHONY SMERNES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Anthony SMERNES, by and through his counsel Donald Dorfman, Esq., that good cause exists to extend the preliminary hearing currently set for July 27, 2009, at 2:00 p.m. to September 28, 2009, pursuant to Federal Rule of Criminal Procedure 5.1(d).

    Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because discovery has been provided to the defense and the parties are engaged in talks regarding a pre-indictment resolution of the case against the defendant. As a result, the defendant agrees that a continuance of

1

1 the preliminary hearing date will not prejudice him because a pre-
2 indictment resolution could result in an overall sentencing exposure
3 that is significantly reduced for the defendant.  The defendant is
4 out of custody.

5     Counsel further stipulate that an exclusion of time from July
6 27, 2009, to September 28, 2009, is appropriate under the Speedy
7 Trial Act because the government has provided discovery and has
8 agreed to draft a plea agreement for the defendant.  In addition,
9 the defendant and his counsel are working toward mitigation of any
10 ultimate federal sentence imposed in this case.  As a result,
11 counsel for both parties believe time should be excluded under 18
12 U.S.C. § 3161(h)(7)(A) and Local Code T4 to allow reasonable time to
13 prepare defense of the case.  18 U.S.C. § 3161(h)(7)(A); Local Code
14 T4.

15

16 DATED: July 22, 2009                /s/Jason Hitt
                                       JASON HITT
17                                     Assistant U.S. Attorney

18 DATED: July 22, 2009                /s/Jason Hitt
                                       DONALD DORFMAN, ESQ.
19                                     Counsel for defendant Anthony
                                       SMERNES
20                                     Authorized to sign for
                                       Mr. Dorfman on 07-22-09
21
22
23
24
25
26
27
28

1     Based upon the representations by counsel and the stipulation
2 of the parties, **IT IS HEREBY ORDERED** that:
3     1.   The Court finds good cause to extend the Preliminary
4 Hearing currently set for July 27, 2009, to September 28, 2009, at
5 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);
6     2.   Based upon the above representations and stipulation of
7 the parties, the Court further finds that the ends of justice
8 outweigh the best interest of the public and the defendant in a
9 speedy trial.  Accordingly, time under the Speedy Trial Act shall be
10 excluded through September 28, 2009.  18 U.S.C. § 3161(h)(7)(A);
11 Local Code T4.
12     **IT IS SO ORDERED.**
13 DATED:   July 23, 2009.          _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE