LAWRENCE G. BROWN
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 09-mj-00028 GGH |
| | ) | |
| Plaintiff, | ) | SECOND AMENDED STIPULATION AND |
| | ) | ORDER CONTINUING PRELIMINARY |
| v. | ) | HEARING AND EXCLUDING TIME |
| | ) | |
| ANTHONY SMERNES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Anthony SMERNES, by and through his counsel Donald Dorfman, Esq., that good cause exists to extend the preliminary hearing currently set for November 27, 2009, at 2:00 p.m. to November 24, 2009, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because discovery has been provided to the defense and the parties are engaged in talks regarding a pre-indictment resolution of the case against the defendant.  As a result, the defendant agrees that a continuance of

1

1 the preliminary hearing date will not prejudice him because a pre-
2 indictment resolution could result in an overall sentencing exposure
3 that is significantly reduced for the defendant.  The defendant is
4 out of custody.

5     Counsel further stipulate that an exclusion of time from
6 November 27, 2009, to November 24, 2009, is appropriate under the
7 Speedy Trial Act because the government has provided discovery and
8 has agreed to draft a plea agreement for the defendant.  In
9 addition, the defendant and his counsel are working toward
10 mitigation of any ultimate federal sentence imposed in this case.
11 As a result, counsel for both parties stipulate that the ends of
12 justice are served by the Court excluding such time, so that counsel
13 for the defendant may have reasonable time necessary for effective
14 preparation, taking into account the exercise of due diligence.  18
15 U.S.C. § 3161(h)(7)(B)(iv) and therefore time should be excluded
16 under 18 U.S.C. § 3161(h)(7)(A) and Local Code T4.

18 DATED: September 28, 2009        /s/Jason Hitt
                                    JASON HITT
19                                  Assistant U.S. Attorney

20 DATED: September 28, 2009        /s/Jason Hitt
                                    DONALD DORFMAN, ESQ.
21                                  Counsel for defendant Anthony
                                    SMERNES
22                                  Authorized to sign for
                                    Mr. Dorfman on 09-24-09

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for November 27, 2009, to November 24, 2009, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through November 24, 2009. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

**IT IS SO ORDERED.**

DATED: September 30, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/smernes0028.stipord