

FILED

NOV 23 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Mag. No. 09-mj-00028 GGH |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING |
| v. | ) PRELIMINARY HEARING AND EXCLUDING TIME |
| ANTHONY SMERNES, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Anthony SMERNES, by and through his counsel Donald Dorfman, Esq., that good cause exists to extend the preliminary hearing currently set for November 24, 2009, at 2:00 p.m. to January 12, 2010, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because discovery has been provided to the defense and the parties are engaged in talks regarding a pre-indictment resolution of the case against the defendant. As a result, the defendant agrees that a continuance of

1

the preliminary hearing date will not prejudice him because a pre-indictment resolution could result in an overall sentencing exposure that is significantly reduced for the defendant. The defendant is out of custody.

Counsel further stipulate that an exclusion of time from November 24, 2009, to January 12, 2010, is appropriate under the Speedy Trial Act because the government has provided discovery and has agreed to draft a plea agreement for the defendant. In addition, the defendant and his counsel are working toward mitigation of any ultimate federal sentence imposed in this case. As a result, counsel for both parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and therefore time should be excluded under 18 U.S.C. § 3161(h)(7)(A) and Local Code T4.

DATED: November 23, 2009        /s/Jason Hitt
                                JASON HITT
                                Assistant U.S. Attorney

DATED: November 23, 2009        /s/Jason Hitt
                                DONALD DORFMAN, ESQ.
                                Counsel for defendant Anthony SMERNES
                                Authorized to sign for
                                Mr. Dorfman on 11-20-09

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for November 24, 2009, to January 12, 2010, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through January 12, 2010. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

**IT IS SO ORDERED.**

DATED: 11/23/09

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE