1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Mag. No. 09-mj-00028 GGH
                                    )
12             Plaintiff,           )   STIPULATION AND
                                    )   ORDER CONTINUING
13        v.                        )   PRELIMINARY HEARING AND EXCLUDING
                                    )   TIME
14 ANTHONY SMERNES,                 )
                                    )
15             Defendant.           )
   _____)
16

17     IT IS HEREBY STIPULATED by and between Assistant United States

18 Attorney Jason Hitt, counsel for the plaintiff United States of

19 America, and defendant Anthony SMERNES, by and through his counsel

20 Donald Dorfman, Esq., that good cause exists to extend the

21 preliminary hearing currently set for May 12, 2010, at 2:00 p.m. to

22 July 13, 2010, pursuant to Federal Rule of Criminal Procedure

23 5.1(d).

24     Good cause exists to extend the time for the preliminary

25 hearing within meaning of Rule 5.1(d) because discovery has been

26 provided to the defense and the parties are engaged in talks

27 regarding a pre-indictment resolution of the case against the

28 defendant.  As a result, the defendant agrees that a continuance of

                                    1

1  the preliminary hearing date will not prejudice him because a pre-

2  indictment resolution could result in an overall sentencing exposure

3  that is significantly reduced for the defendant.  The defendant is

4  out of custody.

5       Counsel further stipulate that an exclusion of time from May

6  12, 2010, to July 13, 2010, is appropriate under the Speedy Trial

7  Act because the government has provided discovery and has agreed to

8  draft a plea agreement for the defendant.  In addition, the

9  defendant and his counsel are working toward mitigation of any

10 ultimate federal sentence imposed in this case.  As a result,

11 counsel for both parties stipulate that the ends of justice are

12 served by the Court excluding such time, so that counsel for the

13 defendant may have reasonable time necessary for effective

14 preparation, taking into account the exercise of due diligence.  18

15 U.S.C. § 3161(h)(7)(B)(iv) and therefore time should be excluded

16 under 18 U.S.C. § 3161(h)(7)(A) and Local Code T4.

17

18 DATED: May 12, 2010            /s/Jason Hitt_____
                                 JASON HITT
19                               Assistant U.S. Attorney

20 DATED: May 12, 2010            /s/Jason Hitt_____
                                 DONALD DORFMAN, ESQ.
21                               Counsel for defendant Anthony
                                 SMERNES
22                               Authorized to sign for
                                 Mr. Dorfman on 05-11-2010
23

24

25

26

27

28

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1.    The Court finds good cause to extend the Preliminary Hearing currently set for May 12, 2010, to July 13, 2010, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2.    Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through July 13, 2010.  18 U.S.C. § 3161(h)(7)(A); Local Code T4.

**IT IS SO ORDERED.**

DATED:  May 11, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE