```
BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-mj-00028-GGH |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION AND |
| ) | [~~PROPOSED~~] ORDER CONTINUING |
| v. ) | PRELIMINARY HEARING AND EXCLUDING |
| ) | TIME |
| ANTHONY SMERNES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Anthony SMERNES, by and through his counsel Donald Dorfman, Esq., that good cause exists to extend the preliminary hearing currently set for July 13, 2010, at 2:00 p.m. to September 13, 2010 at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).

    Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because discovery has been provided to the defense and the parties are engaged in talks regarding a pre-indictment resolution of the case against the defendant.  As a result, the defendant agrees that a continuance of

the preliminary hearing date will not prejudice him because a pre-indictment resolution could result in an overall sentencing exposure that is significantly reduced for the defendant.  The defendant is out of custody.

    Counsel further stipulate that an exclusion of time from July 13, 2010, to September 13, 2010, is appropriate under the Speedy Trial Act because the government has provided discovery and has agreed to draft a plea agreement for the defendant.  In addition, the defendant and his counsel are working toward mitigation of any ultimate federal sentence imposed in this case. As a result, counsel for both parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and therefore time should be excluded under 18 U.S.C. § 3161(h)(7)(A) and Local Code T4.

DATED: July 12, 2010                    /s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

DATED: July 12, 2010                    /s/Jason Hitt
                                        DONALD DORFMAN, ESQ.
                                        Counsel for defendant Anthony
                                        SMERNES
                                        Authorized to sign for
                                        Mr. Dorfman on 07-12-2010

1   Based upon the representations by counsel and the stipulation
2   of the parties, **IT IS HEREBY ORDERED** that:
3       1.  The Court finds good cause to extend the Preliminary
4   Hearing currently set for July 13, 2010 at 2:00 PM, to September 13,
5   2010, at 2:00 p.m. before Magistrate Judge Kendall J. Newman
6   pursuant to Federal Rule of Criminal Procedure 5.1(d);
7       2.  Based upon the above representations and stipulation of
8   the parties, the Court further finds that the ends of justice
9   outweigh the best interest of the public and the defendant in a
10  speedy trial.  Accordingly, time under the Speedy Trial Act shall be
11  excluded through September 13, 2010.  18 U.S.C. § 3161(h)(7)(A);
12  Local Code T4.

14  **IT IS SO ORDERED.**
15  DATED: July 12, 2010

                            /s/ Kendall J. Newman
                            KENDALL J. NEWMAN
                            UNITED STATES MAGISTRATE JUDGE