LAW OFFICES OF DONALD P. DORFMAN
Donald P. Dorfman, Attorney at Law (SBN 31935)
3000 T Street, Suite 110
Sacramento, California 95816
Tel 916.451.8834 Fax 916.451.8837
Attorney for Defendant, Anthony SMERNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>ANTHONY SMERNES,<br><br>                    Defendant. | 2:09-mj-00028 GGH<br><br>STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

      IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Anthony SMERNES, by and through his counsel Donald Dorfman, Esq., that good cause exists to extend the preliminary hearing currently set for September 13, 2010, at 2:00 p.m. before Magistrate Judge Kendall J. Newman to November 15, 2010 at 2:00 p.m. before Magistrate Judge Gregory G. Hollows pursuant to Federal Rule of Criminal Procedure 5.1(d).

      Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because discovery has been provided to the defense and the parties are engaged in talks regarding a pre-indictment resolution of the case against the defendant.  As a result, the defendant agrees that a continuance of the preliminary hearing date will not prejudice him

because a pre-indictment resolution could result in an overall sentencing exposure that is significantly reduced for the defendant. The defendant is out of custody.

Counsel further stipulate that an exclusion of time from September 13, 2010, to November 15, 2010, is appropriate under the Speedy Trial Act because the government has provided discovery and has agreed to draft a plea agreement for the defendant. In addition, the defendant and his counsel are working toward mitigation of any ultimate federal sentence imposed in this case. As a result, counsel for both parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and therefore time should be excluded under 18 U.S.C. §3161(h)(7)(A) and Local Code T4.

Dated: September 9, 2010         /s/_____
                                 DONALD DORFMAN, ESQ.
                                 Counsel for defendant Anthony SMERNES

Dated: September 9, 2010         /s/_____
                                 JASON HITT
                                 Assistant U.S. Attorney
                                 Authorized to sign for Mr. Hitt
                                 on 09/09/2010

# ORDER

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for September 13, 2010 at 2:00 p.m. before Magistrate Judge Kendall J. Newman, to November 15, 2010, at 2:00 p.m. before Gregory G. Hollows pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through November 15, 2010. 18 U.S.C. §3161(h)(7)(A); Local Code T4.

**IT IS SO ORDERED.**

Dated  September 10, 2010                /s/ Kendall J. Newman_____
                                         KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE