```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  (916) 554-2751
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Mag. No. 09-mj-00028 GGH
                                 )
12              Plaintiff,       )   AMENDED STIPULATION AND
                                 )   ORDER CONTINUING
13         v.                    )   PRELIMINARY HEARING AND EXCLUDING
                                 )   TIME
14  ANTHONY SMERNES,             )
                                 )
15              Defendant.       )
    _____)
16
```

17      IT IS HEREBY STIPULATED by and between Assistant United States

18 Attorney Jason Hitt, counsel for the plaintiff United States of

19 America, and defendant Anthony SMERNES, by and through his counsel

20 Donald Dorfman, Esq., that good cause exists to extend the

21 preliminary hearing currently set for November 15, 2010, at 2:00

22 p.m. to January 19, 2011, pursuant to Federal Rule of Criminal

23 Procedure 5.1(d).

24      Good cause exists to extend the time for the preliminary

25 hearing within meaning of Rule 5.1(d) because discovery has been

26 provided to the defense and the parties are engaged in talks

27 regarding a pre-indictment resolution of the case against the

28 defendant.  As a result, the defendant agrees that a continuance of

1

the preliminary hearing date will not prejudice him because a pre-indictment resolution could result in an overall sentencing exposure that is significantly reduced for the defendant. The defendant is out of custody.

    Counsel further stipulate that an exclusion of time from November 15, 2010, to January 19, 2011, is appropriate under the Speedy Trial Act because the government has provided discovery and has agreed to draft a plea agreement for the defendant. In addition, the defendant and his counsel are working toward mitigation of any ultimate federal sentence imposed in this case. As a result, counsel for both parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and therefore time should be excluded under 18 U.S.C. § 3161(h)(7)(A) and Local Code T4.

DATED: November 15, 2010			/s/Jason Hitt
						JASON HITT
						Assistant U.S. Attorney

DATED: November 15, 2010			/s/Jason Hitt
						DONALD DORFMAN, ESQ.
						Counsel for defendant Anthony SMERNES
						Authorized to sign for
						Mr. Dorfman on 11-12-2010

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1.   The Court finds good cause to extend the Preliminary Hearing currently set for November 15, 2010, to January 19, 2011, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2.   Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through January 19, 2011.  18 U.S.C. § 3161(h)(7)(A); Local Code T4.

**IT IS SO ORDERED.**

DATED: November 16, 2010            /s/ Gregory G. Hollows
                                    _____
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

smernes.eot2