```
BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:09-mj-00028 GGH |
|---|---|
| Plaintiff, | ) GOVERNMENT'S MOTION TO DISMISS THE |
| | ) CRIMINAL COMPLAINT AND ORDER |
| v. | ) |
| ANTHONY SMERNES, | ) |

The United States of America, through its attorney of record, Assistant U.S. Attorney Jason Hitt, hereby moves for an order dismissing the Criminal Complaint against defendant Anthony SMERNES pursuant to Federal Rule of Criminal Procedure 48(a). The Criminal Complaint against SMERNES was filed on January 26, 2009.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Based upon the government's ongoing investigation in this case
2  and the result of extensive negotiation between the parties, the
3  undersigned hereby moves to dismiss the Criminal Complaint in Case
4  No. 2:09-mj-00028 GGH in the interests of justice pursuant to Rule
5  48(a).  The parties anticipate that SMERNES will later enter a guilty
6  plea after a negotiated plea agreement is finalized.

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED:  September 20, 2011    By:/s/Jason Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss the Criminal Complaint filed by the United States, **IT IS HEREBY ORDERED** that:

1. The Criminal Complaint in Case No. 2:09-mj-00028 GGH is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

DATED: September 20, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE